```
            IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT BLUEFIELD
```

UNITED STATES OF AMERICA

v.                                   CRIMINAL NO. 1:18-00194

ALVIN GARDNER

### MEMORANDUM OPINION AND ORDER

Pending before the court is defendant Alvin Gardner's motion to continue the trial and all related deadlines for a period of thirty days.  (ECF No. 30).  In support of defendant's motion and the need for a continuance, defense counsel states that she needs additional time for consultations with her client on discovery matters, further investigation, and consideration of pretrial motions.  Furthermore, defense counsel will be attending an out-of-state work-related seminar the week in which the pretrial motions hearing is currently scheduled for.  The government does not oppose a continuance.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the best interest of the defendant and the public in a speedy trial, <u>see</u> 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** the defendant's motion to continue.  In deciding to grant the motion to continue, the court considered the factors outlined in 18 U.S.C. §3161(h)(7)(B) and found that the nature

1

of the prosecution makes it unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.  The court further finds that failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, the court hereby **ORDERS** as follows:

I. Trial of this action is continued until January 8, 2019, at 9:30 a.m., in Bluefield.  Jury instructions and proposed voir dire are to be filed by January 2, 2019;

II. All pretrial motions are to be filed by December 10, 2018;

III. A pretrial motions hearing before the undersigned is scheduled for December 17, 2018, at 2:30 p.m., in Bluefield;

IV. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 2nd day of November, 2018.

                         **ENTER:**

                         *[signature]*
                         David A. Faber
                         Senior United States District Judge